**George Anthony ROUTLEDGE, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28865.**

Court of Criminal Appeals of Texas.

March 6, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the showing and exhibition of lewd, lascivious and depraved motion pictures; the punishment, a fine of $100.00.

The record on appeal contains no statement of facts or bills of exception. All proceedings are regular, and nothing is presented for review.

The judgment is affirmed.